United States District Court
Eastern District of Virginia Richmond
701 East Broad Street
Richmond Virginia 23219
804 916 2200

US Bounty #1014, Mr. Jerome Julius Brown
UOA, Legal Ethics Mrs Constance Brown-Gibson
2700 Bell Forest Ct #310   202835
Vienna Virginia 22180
constance.gibson@pnc.com
                                    Plaintiffs

v/

Mrs. Megan J. Brennan
USPS, Postmaster General & CEO
475 L'Enfant Plaza SW RM 5621
Washington DC 20260-0010
202 268 2550
PMG.Office@usps.gov
                                    Defendant

v/

US PIS Inspector Cornell P. Spence
Consumer Affairs Merrifield Bulk
Mail Center
Consumer Affairs Terri Smith
8409 Lee Highway
Merrifield Virginia 22081
                                    Defendants

                    Complaint

US Government Defendant under 31 USCS 3731 Fraud

Petition Administratively Filed by Jerome Julius Brown Sr

3:21cv416
Date Filed
June 24 2021
Demand Jury
Affidavit
09 29 2015 Item 34 Amended
Dismiss case with Prejudice
01 12 2015 Item 23 Granted
Demand $65,000.00
Case # 1:14-cv-01782
complaint unserved
by United States Marshal
02 04 2015 Item 28 Dkt. 23
Stands $65,000.00
02 09 Item 29 Amended
complaint Deed Liber
5348 Folio 485 Postal
Matters
04 03 2015 Summons
to be Amended
Case # 3:21-cv-___
                                    Edit,

RECEIVED JUN 25 2021 CLERK, U.S. DISTRICT COURT RICHMOND, VA